

**U.S. Department of Justice**

**KAREN P. HEWITT**
United States Attorney
Southern District of California

Michael G. Wheat     (619) 557-5408
Assistant United States Attorney    Fax (619) 557-5551

FILED
08 APR -9 AM 9:49

San Diego County Office
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893

Imperial County Office
516 Industry Way
Suite C
Imperial, California 92231-7501
DEPUTY

## NOTICE TO APPEAR

RE:    UNITED STATES OF AMERICA,         Case No. 08MJ1063
       v.                                                        For Violation of: 8 U.S.C. §1324

JAMES ANTHONY FAHLE (1),
DAVID WAYNE COOK(2)

RE: **Material Witness D__ P__ J__ A__** (a juvenile): In care of Jose Gaspar JUAN (father)

You are hereby notified that your case will be called for first appearance on *April 11, 2008 at 10:30 a.m.*, before U.S. Magistrate Judge Ruben B. Brooks, in the United States Magistrate Court, United States Courthouse, 940 Front Street, Courtroom "B," San Diego, California, 92101. You should report to the courtroom on that day, where you will be arraigned and an attorney appointed to represent you. You are to be present in court at the time and date set forth above. If you are not present, a warrant may be issued for your arrest.

KAREN P. HEWITT
United States Attorney

/s/ Michael G. Wheat
MICHAEL G. WHEAT
Deputy Chief, General Crimes

---

I hereby acknowledge the fact that I must appear on the date above, and by affixing my signature, do promise to appear as ordered.

Signed: Jose Juan Jose
Dated: 4-8-08

Presented by: CBPO F. CERDA 7238
(Agent's Name)

U.S. Customs & Border Protection
(Agency)

(619) 662-2204
(Agent's Telephone No.)

## ORIGINAL