UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 08 CR 1224 -JM |
| Plaintiff | ) | CRIMINAL NO. 08 MJ 1063 |
| vs. | ) | ORDER |
| | ) | RELEASING MATERIAL WITNESS |
| Fahle et al; | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States ~~District~~/Magistrate Judge,   Ruben B. Brooks

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed /(Order of Court).)

D. P. J. A   (a juvenile female)

DATED:   4/17/08

Ruben B. Brooks
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
              DUSM

OR
W. SAMUEL HAMRICK, JR.   Clerk
by
Deputy Clerk